**FILED**
11/12/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE __7th__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Shawndrae Pratt__

vs

(Full name of defendant(s))

__SA Todd Brown__

Case Number:

4:20-cv-00231-TWP-DML

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__3405 KY 146 LaGrange, KY 40031__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Todd Brown__
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of <u>New Albany, Indiana</u>
(State, if known)

and (if a person) resides at <u>121 W Spring St RM 205, 47150</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Federal Bureau of Investigations</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(SA) Todd Brown violated my fourth amendment right on 02/1/19 at 12:00am, Todd Brown signed a sworn affidavit claiming he started recieving cell phone data on 02/11/2019 through 03/27/2019. This is incorrect because he started recieving cell phone data on 02/01/2019 through 03/10/2019. According to Melanie Lucas from corporate security at Sprint, Todd Brown was already recieving data before the warrant was signed.

Complaint - 2

She also claims that she never sent him data from 03/16/2019 through 03/27/2019. It is important to note that Todd Brown took a sworn affidavit warrant to magistrate Judge Van Willis on 02-11-19 to get signed when he already knew he was recieving cellphone data for my device. He only pursued the warrant later in order to cover his tracks. (SA) Todd Brown committed perjury when he signed those warrants because he knew he was lying under oath. He falsified documents and illegally obtained evidence to get an indictment from the grand jury. Todd Brown and his fellow officers did questionable and illegal actions in my case to secure an indictment. I only ask the courts to look at the facts in this case and come to a fair and just resolution.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If I win my lawsuit, I want Todd Brown to be impeached from office. I want my case dropped from federal court and be aquitted. I want $5,000,000 dollars for reputitive damages, Emotional distress

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __9__ day of __November__ 20_20_.

Respectfully Submitted,

*Shaundrae Pratt*
Signature of Plaintiff

__2011024273__
Plaintiff's Prisoner ID Number

__3405 KY 146 Lagrange, KY 40031__

__Oldham County Detention Center__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.